CRIMINAL CASE COVER SHEET                U.S. ATTORNEY'S OFFICE

Defendant Name: **JASON ANDERSON**

Place of Offense (City & County): Knoxville & Knox

Juvenile: Yes ____ No _X_    Matter to be Sealed: Yes _X_ No ____

Interpreter: No _X_ Yes ____ Language: _____

Total # of Counts: ____ Petty ____ Misdemeanor (Class ____) _2_ Felony

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | **21 U.S.C. §§ 846, 841(a)(1), & 841(b)(1)(C)** – Conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance | 1 |
| Set 2 | **18 U.S.C. § 1956(h)** – Money Laundering | 2 |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _X_ Yes ____ Case No. _____

Defendant on Supervised Release: Yes ____ No _X_

Violation Warrant Issued? No _X_ Yes ____ Case No. _____

Related Case(s):

_____
Case Number     Defendant's attorney     How related

_____
Case Number     Defendant's attorney     How related

## Criminal Informations:

Pending criminal case: No ____ Yes ____ Case No. _____

New Separate Case _____    Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____    Appointed: _____

Date: **March 4, 2015**    Signature of AUSA: _____