# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED 2015 APR -7 P 1:09
SEALED
U.S. DISTRICT COURT
EASTERN DIST. TE...

| United States of America | ) |
|---|---|
| v. | ) |
| JASON ANDERSON | ) Case No. 3:15CR-29 |
| | ) Varlan/Shirley |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JASON ANDERSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C); and money laundering in violation of Title 18, United States Code, Section 1956(h).

Date: 3-5-15

City and state: Knoxville, TN

*Issuing officer's signature*

DEBRA C. POPLIN, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 3-6-15, and the person was arrested (writ) on *(date)* 4-6-15
at *(city and state)* Knoxville, TN.

Date: 4-6-15

*Arresting officer's signature*

O. Suggs   DUSM
*Printed name and title*