Prob 19
EDTN78 (6/2000)

RECEIVED BY: ___
DATE: 11/16/2020  TIME: 1200
U.S. MARSHAL E/TN
KNOXVILLE, TN

FILED
DEC 18 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

SEALED

United States District Court
for the
Eastern District of Tennessee

U.S.A. vs Jason Anderson                Docket Numbers: 3:15-CR-00029-002

TO: [1] Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | | |
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | | |
| NAME OF SUBJECT Jason Anderson | REGISTER#: 48297-074 FBI#:543627FD5 | SEX Male | RACE White/ Non-Hispanic | AGE 42 |
| ADDRESS (STREET, CITY, STATE) 1099 Fairview Road Harriman TN, 37748 | | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) United States District Court - Eastern District of Tennessee - Knoxville | | | | |
| CLERK John L. Medearis | (BY) DEPUTY CLERK | | DATE | 11/16/2020 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED 11/16/2020 | DATE EXECUTED 12/1/2020 |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME Kevin Callahan | (BY) | DATE 12/17/2020 |

FID: 9750671
USM: 48297-074

2174-1116-0245D

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the "EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."